IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          NO. 4:08CR00325-01 JLH

MIA MONEEK ROBINSON                                                                        DEFENDANT

### ORDER

Mia Moneek Robinson was named in a six-count indictment on September 3, 2008. Counts one and three charged her with access device fraud, violations of 18 U.S.C. § 1029(a)(2). Counts two and four charged defendant with aggravated identity theft, violations of 18 U.S.C. § 1028A. Counts five and six charged Ms. Robinson with misuse of Social Security Number, violations of 42 U.S.C. § 408(a)(7)(B). Trial to a jury is currently set for Monday, July 19, 2010.

Pursuant to Federal Rule of Criminal Procedure 23(a), the defendant has filed a waiver of jury trial seeking to have this matter tried to the Court. The waiver was signed by Ms. Robinson and her attorney. Document #23. The government has responded and does not object to defendant's waiver of jury trial. Document #24.

IT IS THEREFORE ORDERED that pursuant to FRCrP 23(a)(3) the defendant's request to waive jury trial is GRANTED. Therefore, this matter is rescheduled for bench trial to begin at 9:00 a.m. on *WEDNESDAY, JULY 21, 2010*, in Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Pursuant to Amended General Order No. 54, counsel for defendant, Jerry Larkowski, is authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 14th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE