## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                    NO. 4:08CR00325-01 JLH

MIA MONEEK ROBINSON                                                DEFENDANT

## ORDER

On the 21st day of July, 2010, this matter came before the Court for a bench trial, after the parties waived their right to a trial by jury and the Court approved the waiver pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure.  The United States appeared through Assistant United States Attorneys Jana K. Harris and Stephanie Gosnell Mazzanti, as well as Special Agent Andrew Kiger of the Secret Service. The defendant, Mia Moneek Robinson, appeared in person and with her attorney, Jerome Edward Larkowski. The United States and the defendant announced ready for trial.

At the conclusion of the evidence, for the reasons stated on the record, the Court found Mia Moneek Robinson guilty on Counts 1 through 6.  Although no in-court identification specified that the defendant as the person who engaged in the transactions that were the subject of the indictment, the circumstantial evidence and the defendant's confession proved beyond a reasonable doubt that she is the person who engaged in those transactions, that she had the requisite intent, and that all of the elements of each crime charged were satisfied.  Neither party requested that the Court make specific findings of fact pursuant to Rule 23(c) of the Federal Rules of Criminal Procedure.

The United States stipulated that Mia Moneek Robinson is not a flight risk nor a danger to the community, so the Court ordered that the Order Setting Conditions of Release previously entered should remain in effect.  The Court ordered that the customary presentence report be prepared.  A date for sentencing will be scheduled after the presentence report is completed.

Dated this 22nd day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE