IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

VS.                                NO. 4:08CR00325-001 JLH

MIA MONEEK ROBINSON
Defendant,

ACCOUNTEMPS
Garnishee Defendant.


**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 29 2015

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

### AGREED FINAL ORDER IN GARNISHMENT

The parties, the United States of America, plaintiff; the judgment defendant, Mia Moneek Robinson and the garnishee defendant, Accountemps, agree and stipulate as follows:

1. Defendant's name is Mia Moneek Robinson, Social Security Number, xxx-xx-2644, and her last known address is 2706 Tatum, Little Rock, Arkansas 72204.

Judgment was entered against the judgment defendant, Mia Moneek Robinson, in this action in the amount of $10,708.22. The total balance due on the judgment is $10,613.22, as of March 30, 2015.

The garnishee defendant, Accountemps, has in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Mia Moneek Robinson.

2. The judgment defendant, Mia Moneek Robinson, waives service of an Application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3295, and further waives her right to a hearing under the § 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

3. The garnishee defendant, Accountemps, waives service of an

application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

4. The judgment defendant, Mia Moneek Robinson, agrees and stipulates that her wages are subject to garnishment under § 3205 of the Federal Debt collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

5. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against the non-exempt wages of judgment defendant, Mia Moneek Robinson.

It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, Accountemps, shall pay into the hands of the United States Attorney, ten percent (10%) of judgment defendant's disposable earnings until supervision expires. When supervision expires, the statutory 25% should be withheld pursuant to 15 U.S.C. § 1673(a). The United States will notify the garnishee when the 25% should be withheld.

To calculate disposable earnings, subtract the following from wages, commissions and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Arkansas Income Tax.

6. The parties further agree and stipulate that these sums are to be applied to the judgment rendered in this cause in the sum of $10,708.22, upon which there is an unpaid balance of $10,613.22 as of March 30, 2015. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

    U.S. District Court Clerk

and mailed to:

    Clerk of the Court
    600 W. Capitol Avenue, Suite A149
    Little Rock, AR   72201

7. This order shall take effect after all prior orders in the garnishment have been satisfied.

    Respectfully submitted,

    Christopher R. Thyer
    United States Attorney

By: _____
    Stacey E. McCord
    Assistant United States Attorney

_____
Mia Moneek Robinson
Judgment Defendant

_____
Accountemps
Garnishee

APPROVED AND SO ORDERED this 29th day of April, 2015.

_____
J. Leon Holmes
Judge, United States District Court